**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KEVIN COX

**EANET, PC**
Matthew L. Eanet (SBN 227490)
Laine Mervis (SBN 223235)
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
Telephone:  310-775-2495
Facsimile:   310-593-2589
matt@eanetpc.com
laine@eanetpc.com

Attorney for Defendant
MARIA ESTELA PALMAS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX,<br><br>         Plaintiff,<br><br>    vs.<br><br>MARIA ESTELA PALMAS; and DOES 1 to 10,<br><br>         Defendants. | **Case No.: 2:21-cv-01483-MWF (RAOx)**<br><br>**STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

1

**STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

WHEREAS, Plaintiff KEVIN COX ("Plaintiff"), and Defendant MARIA ESTELA PALMAS ("Defendant"), have reached a settlement in this matter, as memorialized in a Settlement Agreement and Release entered into between and executed by the parties;

WHEREAS, pursuant to the settlement, the parties have agreed to dismissal, with prejudice, of the entire action, *Cox v. Maria Estela Palmas*, Case No. 2:21-cv-01483-MWF (RAOx) (the "Action"), including the Complaint filed by Plaintiff in the Action and all causes of action therein;

WHEREAS, Federal Rule of Civil Procedure, Rule 41(a)(1), provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

        (ii) a stipulation of dismissal signed by all parties who have appeared.

WHEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1), Plaintiff and Defendant, being all parties who have appeared in the Action, hereby stipulate that the entire Action, including the Complaint filed by Plaintiff in the Action and all causes of action therein, is hereby dismissed, with prejudice.

**STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

DATED: July _9_, 2021      SO. CAL. EQUAL ACCESS GROUP


By:   */s/  Jason J. Kim*
     Jason J. Kim, Esq.
     Attorneys for Plaintiff KEVIN COX


DATED: July _9_, 2021      EANET, PC


By:   */s/  Laine Mervis*
     Laine Mervis, Esq.
     Matthew L. Eanet
     Attorneys for Defendant MARIA ESTELA PALMAS

**STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**